Submitted December 6, 1976.
William A. Fitzpatrick, and Cohen & Fitzpatrick, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent because the record reveals that the lower court did not comply with Pa.R. Crim.P. 1123(c). *Commonwealth v. Brown*, 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977).

379 A.2d 612

Commonwealth v. Thomas, Appellant.

Submitted November 8, 1976. William A. Dopierala, for appellant; Shad Connelly and Michael M. Palmisano, Assistant District Attorneys, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 612

Commonwealth v. Thomas, Appellant.

Submitted December 6, 1976.

George Gershenfeld, for appellant; Jane Cutler Greenspan and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., dissents.

379 A.2d 613

Commonwealth v. Tomko, Appellant.

Argued April 12, 1977. Ronald C. Makoski, with him Bertani, Myers & Makoski, for appellant; Jack R. Zerby, Assistant District Attorney, with him Phillip L. Wein, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

VAN der VOORT, J., did not participate in the consideration or decision of this case.

379 A.2d 613

Commonwealth v. Torres, Appellant.